UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN D. BELL,<br><br>        Plaintiff,<br><br>vs.<br><br>WARDEN OF CALIFORNIA STATE PRISON-CORCORAN,<br><br>        Defendant. | 1:05-cv-00083-AWI-LJO-P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 9)<br><br>**ORDER DISMISSING ACTION** |

    Plaintiff, Kevin D. Bell ("plaintiff"), a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On March 21, 2005, the Magistrate Judge filed Findings and Recommendations herein which was served on plaintiff and which contained notice to plaintiff that any objections to the Report and Recommendation were to be filed within thirty (30) days.  To date, plaintiff has not filed objections to the Magistrate Judge's Findings and Recommendations.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed March 21, 2005, are ADOPTED IN FULL; and,

2. This action is DISMISSED based on plaintiff's failure to obey the court's order of February 8, 2005.

IT IS SO ORDERED.

**Dated:   May 3, 2005**              **/s/ Anthony W. Ishii**
0m8i78                                UNITED STATES DISTRICT JUDGE